IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 119-121 |
| | ) | |
| DEMETRIOUS SPARKS | ) | |

**O R D E R**

The deadline for filing pretrial motions has expired without either party having filed such a motion. However, the deadline for disclosure of defense experts, set upon discussion with counsel regarding the reasonable time necessary for diligent, effective preparation, was set for May 5, 2023. (<u>See</u> doc. no. 34.) Therefore, pursuant to 18 U.S.C. § 3161(h)(7), the period from April 7, 2023, through and including May 5, 2023, is excluded in computing the time within which trial must commence because the extension (1) is not for the purpose of delay, but instead to further justice and protect Defendant's right to a fair trial by allowing reasonable time necessary, assuming due diligence, for effective preparation of counsel; and (2) serves the ends of justice and outweighs all interests in a speedy trial.

SO ORDERED this 14th day of April, 2023, at Augusta, Georgia.

/s/ Brian K. Epps
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA